# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DAVID L. HULA,

          Plaintiff,

                                    12cv1562

     v.                               **ELECTRONICALLY FILED**

CAROLYN W. COLVIN, COMMISSIONER
OF SOCIAL SECURITY,

          Defendant.

### ORDER OF COURT

AND NOW, this 11th day of March, 2013, for the reasons set forth in the accompanying

Memorandum Opinion, Plaintiff's Motion for Summary Judgment (doc. no. 9) is GRANTED,

and Defendant's Motion for Summary Judgment (doc. no. 12) is DENIED.

The decision of the ALJ is vacated and the cause remanded for further proceedings.

Judgment is hereby entered in favor of Plaintiff and against Defendant.

                                         */s Arthur J. Schwab*
                                         Arthur J. Schwab
                                         United States District Judge

cc/ecf:  All counsel of record.